No. 4171.—Rosado, aplte., *v.* American Railroad Company, apda.

No. 4172.—Valentín, aplte., v. American Railroad Company, apda.

No. 4173.—Leclere, aplte., v. American Railroad Company, apda.

No. 4174.—Roselló Bras, aplte., v. American Railroad Company, apda. — C. D. Mayagüez. Daños y perjuicios. Marzo 9, 1927.

Vista la moción de la parte apelada en estos casos y la oposición de los apelantes y no habiéndose probado satisfactoriamente que ellos no hubieran proseguido su apelación con la debida diligencia, no ha lugar a desestimar los recursos establecidos.